In the Matter of EDNA M. YOUNG, as Administratrix of the Estate of BURTON J. YOUNG, Deceased, Respondent, against TOWN OF KORTRIGHT, Appellant.

(Submitted October 2, 1935; decided October 22, 1935.)

*Hamilton J. Hewitt* for appellant.

*Austin W. Erwin* for Town of West Sparta, *amicus curiæ.*

*Donald H. Grant* and *Harry R. Bigelow, Jr.,* for respondent.

*Seth T. Cole* for Firemen's Association of the State of New York, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.